Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501    Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

Attorney for Plaintiff, KEYA MORGAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| KEYA MORGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>AVATAR PRESS, INC., an Illinois corporation; RICH JOHNSTON, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | USDC # 2:20-cv-04557-FMO-JPR<br><br>Before the Honorable Fernando M. Olguin<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFF; DECLARATION OF BARUCH C. COHEN**<br><br>Date: 10-08-2020<br>Time: 10:00 am<br>Place: 350 W 1st Street, Los Angeles, CA Courtroom 6D |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**:

PLEASE TAKE NOTICE that, on 0-08-2020, or as soon thereafter as the matter may be heard before the Honorable Fernando M. Olguin, United States District Judge, Courtroom 6D, of the United States District Court for the Central District of California, Western Division - Los Angeles, First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA 90012-4565, Baruch C. Cohen, Esq. ("Movant"), of the Law Office of Baruch C. Cohen, APLC, 4929 Wilshire

9/8-5:17pm

1  Boulevard, Suite 940, Los Angeles, California 90010, shall and hereby does
2  respectfully seek leave of this Court, pursuant to LR-83-2.9.2.1 and in compliance
3  with Cal. R. Prof. Conduct 3-700, now Rule 1.16 to withdraw as counsel for
4  Plaintiff Keya Morgan ("Morgan").

5      Pursuant to LR-83-2.9.2.2, Individuals. When an attorney of record for any
6  reason ceases to act for a party, such party shall appear pro se or appoint another
7  attorney by a written substitution of attorney signed by the party and the attorneys.

8      This Motion is based upon the grounds that irreconcilable differences have
9  developed and now persist regarding, among other things, the relationship between
10 Movant and Morgan (the exact nature of which is being withheld so as to ensure no
11 undue prejudice), and the breakdown of the attorney-client relationship has
12 deteriorated beyond the point of repair, such that Movant is no longer able to
13 effectively represent Morgan's interests.

14     This Motion is based upon this Notice, the attached Memorandum of Points
15 and Authorities and accompanying Declaration of Baruch C. Cohen, and such other
16 evidence and argument as may be presented at the hearing on this Motion.

17     Pursuant to LR-7-9, Each opposing party shall, not later than ten (10) days
18 after service of the motion in the instance of a new trial motion and not later than
19 twenty-one (21) days before the date designated for the hearing of the motion in all
20 other instances, serve upon all other parties and file with the Clerk either (a) the
21 evidence upon which the opposing party will rely in opposition to the motion and a
22 brief but complete memorandum which shall contain a statement of all the reasons
23 in opposition thereto and the points and authorities upon which the opposing party
24 will rely, or (b) a written statement that that party will not oppose the motion.
25 Evidence presented in all opposing papers shall comply with the requirements of
26 L.R. 7-6, 7-7 and 7-8.

27
28

9/8-5:17pm

Pursuant to L.R. 7-12, failure to file and serve timely an appropriate opposition may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

DATED: September 8, 2020

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By   /S/ Baruch C. Cohen
Baruch C. Cohen, Esq.
Attorney for Plaintiff, KEYA MORGAN

1. **MEMORANDUM OF POINTS AND AUTHORITIES**

    a. **STATEMENT OF FACTS**

On 5-20-2020, Morgan commenced this action for copyright infringement and/or vicarious and/or contributory copyright infringement. Morgan's counsel was Antonio Castillo, III, Esq, and Movant serving as co-counsel.

Notwithstanding the status of the case, over the last few months, circumstances have substantially changed between the Movant and Morgan as to, among other things, irreconcilable differences have developed and now persist regarding, among other things, the relationship between Movant and Morgan (the exact nature of which is being withheld so as to ensure no undue prejudice), and the breakdown of the attorney-client relationship has deteriorated beyond the point of repair, such that Movant is no longer able to effectively represent Morgan's interests in this action. Based thereon, Movant has good cause in seeking to withdraw from his representation of Morgan, and since the trial on this case has not been set yet, no prejudice will be inflicted on any party herein.

Pursuant to Cal. R. Prof. Conduct 3-700, now Rule 1.16(b)(4), a lawyer may withdraw from representing a client if the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively. That is the case here.

Movant may withdraw as counsel with leave of Court as long as "written notice of this Motion is given reasonably in advance to the client and to all other parties who have appeared in the action." This standard complies with California law, Code of Civil Procedure §284(2), and *California Rules of Court,* Rule 3.1362(c) that provide that an attorney may be substituted in an action at any time before or after a judgment or final determination. In the matter at hand, Movant requests that he be allowed to withdraw as attorney of record at this point in time.

On 7-7-2020, Movant provided Morgan advance notice of this Motion, sent

him a Substitution of Attorney Form for his signature, and he refused to sign it.

Due to various circumstances, the nature and extent of which have not been detailed herein but can be disclosed in chambers should the court require it, the attorney-client relationship between Movant and Morgan has broken down irreparably such that Morgan should and must obtain alternative counsel immediately.

b. **CONCLUSION**

For the foregoing reasons, Movant respectfully requests that this Court grant the within Motion and issue an Order allowing Movant to withdraw as Morgan's attorney of record in the this adversary immediately.

DATED:   September 8, 2020          LAW OFFICE OF BARUCH C. COHEN
                                     A Professional Law Corporation

                                     By    /S/ Baruch C. Cohen
                                         Baruch C. Cohen, Esq.
                                         Attorney for Plaintiff, KEYA MORGAN

## DECLARATION OF BARUCH C. COHEN

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of California; Eastern District of California; Northern District of California; and Southern District of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I represent Plaintiff Keya Morgan, along with my co-counsel Antonio Castillo III, Esq..

5. This declaration is in support of MOTION TO WITHDRAW AS COUNSEL OF RECORD for Plaintiff Keya Morgan.

6. Notwithstanding the status of the case, over the last few months, circumstances have substantially changed between the Movant and Morgan as to, among other things, irreconcilable differences have developed and now persist regarding, among other things, the relationship between Movant and Morgan (the exact nature of which is being withheld so as to ensure no undue prejudice), and the breakdown of the attorney-client relationship has deteriorated beyond the point of repair, such that Movant is no longer able to effectively represent Morgan's interests in this action. Based thereon, Movant has good cause in seeking to withdraw from his representation of Morgan, and since the trial on this case has not been set yet, no prejudice will be inflicted on any party herein.

7. On 7-7-2020, we provided Morgan advance notice of this Motion, sent him a Substitution of Attorney Form for his signature, and he refused to sign it.

8. For the foregoing reasons, I respectfully request that this Court grant the within Motion and issue an Order allowing me to withdraw as Morgan's attorney of record in this adversary immediately.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 8, 2020, at Los Angeles, California.

By    /S/ Baruch C. Cohen
            Baruch C. Cohen

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 4929 Wilshire Boulevard, Suite 940 Los Angeles, California 90010; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFF; DECLARATION OF BARUCH C. COHEN** on all interested parties in this action by the method indicated below at the address stated below:

Keya Morgan  
P.O. Box 18447  
Beverly Hills, CA 90209  
Morgan1776@aol.com  
Plaintiff

Antonio Castillo III, Esq. (SBN 276891)  
CASTILLO LAW  
5410 Rhodes Ave, 101  
Valley Village, CA 91607  
antonio.castillo3@gmail.com  
Co-Counsel for Plaintiff, KEYA MORGAN

AVATAR PRESS , INC.  
Chad S. Beckett  
508 S BROADWAY AVE  
URBANA, IL 61801  
Defendant

[X] **BY ELECTRONIC TRANSMISSION**: by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case. A pdf version of this document was also transmitted to counsel via electronic mail at the mail address indicated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2020 at Los Angeles, California.

By: /s/ Baruch C. Cohen  
Baruch C. Cohen