1  Baruch C. Cohen, Esq. (SBN 159455)
   **LAW OFFICE OF BARUCH C. COHEN**
2       A Professional Law Corporation
   4929 Wilshire Boulevard, Suite 940
3  Los Angeles, California 90010
   (323) 937-4501     Fax (888) 316-6107
4  e-mail: baruchcohen@baruchcohenesq.com

5  Attorney for Plaintiff, KEYA MORGAN

6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9  **WESTERN DIVISION - LOS ANGELES**

10

| | |
|---|---|
| KEYA MORGAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AVATAR PRESS, INC., an Illinois corporation; RICH JOHNSTON, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | USDC # 2:20-cv-04557-FMO-JPR<br><br>Before the Honorable Fernando M. Olguin<br><br>**ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFF; DECLARATION OF BARUCH C. COHEN**<br><br>Date: 10-08-2020<br>Time: 10:00 am<br>Place: 350 W 1st Street, Los Angeles, CA<br>Courtroom 6D |

21　　　Attorney Baruch C. Cohen, seeks to withdraw as counsel for Plaintiff Keya

22  Morgan, in the above-captioned litigation pursuant to Cal. R. Prof. Conduct 3-700,

23  now Rule 1.16. As this Court finds that Mr. Cohen has submitted satisfactory

24  reasoning for withdrawal, and that the granting of his Motion will not cause

25  substantial prejudice or delay to any party,

26　　　**IT IS HEREBY ORDERED** that Baruch C. Cohen's Motion to Withdraw as

27

28

9/8-5:18pm

Counsel for Plaintiff is **GRANTED**, and Baruch C. Cohen is hereby terminated as counsel for Plaintiff in this proceeding.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                Honorable Fernando M. Olguin
                                United States District Court