JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYA MORGAN, | Case No. CV 20-4557 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AVATAR PRESS, INC., et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 21st day of September, 2020.

/s/
Fernando M. Olguin
United States District Judge